1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8
9

E. & J. GALLO WINERY, a
California corporation,

CASE NO. CV-F-08-1314 LJO DLB

10

                    Plaintiff,

**ORDER TO DISMISS AND CLOSE**

11

        vs.

12

ORANGE CLOTHING COMPANY,
a Florida corporation,

13

                    Defendant.

14

_____ /

15
16

Based on Plaintiff E. & J. Gallo Winery's notice of voluntary dismissal, filed on September 11, 2008

17

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

18

        1.      DISMISSES this action without prejudice;

19

        2.      VACATES all pending matters, including the January 22, 2009 scheduling conference;

20

                and

21

        3.      DIRECTS the clerk to close this action.

22

        IT IS SO ORDERED.

23

**Dated:    September 12, 2008**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

24
25
26
27
28